United States District Court
Southern District of Texas
**ENTERED**
October 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAYMUNDO DE JESUS RAMIREZ, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-02291 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER FOR A RESPONSE AND SUPPLEMENTAL BRIEFING**

Pending is Petitioner's motion to expedite (Doc. No. 8). The Court has reviewed the motion and attachments and concludes that a response from the Respondents and supplemental briefing is necessary to the proper adjudication of this case. Therefore, the Court **ORDERS** as follows:

1. Respondents shall file a response to the motion **within ten (10) days** of the date this Order is entered, providing supplemental briefing regarding: (a) the effect of the Immigration Judge's decision granting cancellation of removal and waiver of inadmissibility to a person who previously gained lawful status as a legal permanent resident ("LPR") on the determination of which statute governs his current detention; and (b) the legal basis for detaining an individual without a bond hearing while the Government pursues an appeal of the IJ's decision in the Board of Immigration appeals, where the individual previously had been

admitted to the United States as an LPR and has been granted cancellation of removal and waiver of inadmissibility.

2. Petitioner may file a reply and/or supplemental briefing within **seven (7) days** of the date the Respondents file their response.

The Clerk will enter this Order, providing a correct copy to all parties of record.

**SO ORDERED.**

SIGNED this 27th day of October 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE